THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TONYA COOK,** | : | Civil Action No. 1:10-CV-1666 |
| Plaintiff | : | |
| | : | |
| v. | : | (Judge Conner) |
| | : | |
| **P&B CAPITAL GROUP, LLC,** | : | |
| Defendant | : | |

## ORDER

AND NOW, this 18th day of October, 2010, upon receipt of correspondence from counsel, dated October 15, 2010, regarding settlement of this matter, it is hereby ORDERED that the Initial Case Management Conference scheduled for October 19, 2010, is CANCELLED.

S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge