IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TONYA COOK,** | : | Civil Action No. 1:10-CV-1666 |
| Plaintiff | : | |
| | : | |
| v. | : | (Judge Conner) |
| | : | |
| **P&B CAPITAL GROUP, LLC,** | : | |
| Defendant | : | |

## ORDER

Counsel having reported to the court that this action has been settled, **IT IS HEREBY ORDERED THAT** this action is dismissed without costs and without prejudice to the right of either party, upon good cause shown, to reinstate the action within sixty (60) days if the settlement is not consummated.

Dated: October 18, 2010                         S/ Christopher C. Conner
                                                CHRISTOPHER C. CONNER
                                                United States District Judge